MARK G. REINECKE, OSB 91407
BRYANT, LOVLIEN & JARVIS, PC
P.O. BOX 1151
BEND, OR 97709
Phone: 541-382-4331
Fax: 541-389-3386
Email: reinecke@bljlawyers.com

UNITED STATES DISTRICT COURT
FOR THE STATE OF OREGON

MARTIN ROB CAGAN,

    Plaintiff,

vs.

CAROLEEN VAN HOOMISSEN, RONALD JOHNSON, STAHANCYK-GEARING-RACKNER-KENT A FIRM AND ITS PARTNERS (sic), CREG PHILLIPS (sic), KAY VAN HOOMISSEN, RICHARD VAN HOOMISSEN, MICHAEL VAN HOOMISSEN, THE UNITED STATES ARMY-WEST POINT ACADEMY, BEND CHAMBER OF COMMERCE, DESCHUTES COUNTY SCHRIFF DEPARTMENT (sic), DESCHUTES COUNTY SCHRIFF, (sic) CAPTAIN JIM EDWARDS, CORPORAL LAWRENCE, DEPUTY ABBOTT, DESCHUTES COUNTY, BEND CHAMBER OF COMERECE (sic),

    Defendants.

Case No.: 05-6156-TC

**ANSWER TO SECOND AMENDED COMPLAINT BY DEFENDANT BEND CHAMBER OF COMMERCE**

For Answer to Plaintiff's Second Amended Complaint on file herein, Defendant Bend Chamber of Commerce admits, denies and alleges as follows:

    1.    It is difficult to determine from Plaintiff's Complaint the specific factual allegations raised. As such, other than admitting that defendant Greg Phillips is a former

1 – ANSWER TO SECOND AMENDED COMPLAINT BY DEFENDANT BEND CHAMBER OF COMMERCE
10648-004.203.doc

employee of the Bend Chamber of Commerce, defendant Bend Chamber of Commerce denies each and every allegation of the Complaint regarding defendant Bend Chamber of Commerce.

2.  For allegations not regarding defendant Bend Chamber of Commerce, Bend Chamber of Commerce lacks sufficient information to admit or deny those allegations and, based upon such lack of information or belief, deny those allegations.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

### (Failure to State a Claim Upon Which Relief Can be Granted)

3.  Plaintiff's claims for relief, and Plaintiff's Second Amended Complaint as a whole, fail to state a claim or claims upon which relief can be granted.

### Second Affirmative Defense

### (Statute of Limitations)

4.  Plaintiff's claims, and each of them, are barred by the applicable statute or statutes of limitations and ultimate repose.

### Third Affirmative Defense

### (Lack of Subject Matter Jurisdiction)

5.  The Court lacks subject matter jurisdiction to hear this matter.

WHEREFORE, Defendant Bend Chamber of Commerce prays that Plaintiff take nothing by reason of his Second Amended Complaint, that Plaintiff's Second Amended Complaint be dismissed with prejudice, that final judgment be entered in favor of Defendant Bend Chamber of Commerce and against Plaintiff, and that Defendant Bend Chamber of Commerce be awarded its costs, disbursements and any legally recoverable attorney fees incurred herein.

DATED this 23rd day of November, 2005.

/S/ MARK G. REINECKE

MARK G. REINECKE, OSB 91407
Of Attorneys for Defendant Bend Chamber Of Commerce

2 – ANSWER TO SECOND AMENDED COMPLAINT BY DEFENDANT BEND CHAMBER OF COMMERCE
10648-004.203.doc

# CERTIFICATE OF MAILING

I hereby certify that I served the foregoing **ANSWER TO SECOND AMENDED COMPLAINT** by depositing a true, full and exact copy thereof in the United States Post Office at Bend, Oregon, enclosed in a sealed envelope, postage prepaid and addressed to:

Martin Rob Cagan
1400 SW 124th Terrace
Building Q, Apt. 303
Pembroke Pine, FL 33027
Email: mrobcagan@yahoo.com
Plaintiff pro se

Louis L. Kurtz
Kurtz, Ford & Johnson, LLP
400 E. Second Ave, Suite 101
Eugene, OR 97401
Email: tammy@kfjllp.com
Of Attorneys for Defendants
Caroleen Van Hoomissen and Greg Phillips

Mark P. Amberg
Deschutes County Legal Counsel
1300 NW Wall St, Suite 200
Bend, OR 97701
Email: mark_amberg@co.deschutes.or.us
Of Attorneys for Defendants Deschutes County Government, Deschutes County Sheriff's Department, Deschutes County Sheriff Stiles, Captain Tim Edwards, Corporal Lawrence and Deputy Abbott

Gordon L. Welborn
Hoffman, Hart & Wagner, LLP
439 SW Umatilla Ave.
Redmond, OR 97756
Email: glw@hhwred.com
Of Attorneys for Defendant Johnson
and Stahancyk, Gearing Rackner & Kent

Michael F. Van Hoomissen
1618 SW First Ave, Suite 319
Portland, OR 97201
Email: mvanhoom@attglobal.net
Pro se Defendant and Attorney for Defendant Richard Van Hoomissen

DATED this 23rd day of November, 2005.

/S/ MARK G. REINECKE
_____
MARK G. REINECKE, OSB 91407
Of Attorneys for Defendant Bend Chamber of Commerce

# CERTIFICATE OF TRUE COPY

I hereby certify the foregoing is a true, full and exact copy of the original thereof.
DATED this 23rd day of November, 2005.

_____
MARK G. REINECKE, OSB 91407
Of Attorneys for Defendant Bend Chamber of Commerce

3 – **ANSWER TO SECOND AMENDED COMPLAINT BY DEFENDANT BEND CHAMBER OF COMMERCE**
10648-004.203.doc