FILED'05 DEC 22 15:17 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARTIN ROB CAGEN,	)
	)
	Plaintiff,	)
	)	Civil No. 05-6156-TC
v.	)
	)	ORDER
CAROLEEN VAN HOOMISSEN,	)
et al.,	)
	)
	Defendants.	)
	)

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on December 5, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Plaintiff's complaint is dismissed with prejudice. This action is dismissed.

IT IS SO ORDERED.

DATED this 22nd day of December, 2005.

_____
Michael R. Hogan
UNITED STATES DISTRICT JUDGE